

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00263-CV

Gwyndolyn **MCCLELLAN**,
Appellant

v.

Dustin **KOHN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02503
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We order that no costs be assessed against appellant Gwyndolyn McClellan because she is indigent.

SIGNED August 3, 2022.

_____
Rebeca C. Martinez, Chief Justice